UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

-------------------------------------------------------------------------x

Jason Spurlock

                     Plaintiff,

    -v.-

Equifax Information Services, LLC; and
Southeast Toyota Finance d/b/a World Omni Financial Corporation;

                     Defendants.

Civil Action No:
3:24-cv-368

-------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO SOUTHEAST TOYOTA FINANCE D/B/A WORLD OMNI FINANCIAL CORPORATION ONLY

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Southeast Toyota Finance d/b/a World Omni Financial Corporation, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 14, 2024

                                                                                                               Respectfully Submitted,

                                                                        */s/ Justin Zeig*
                                                                        Justin Zeig, Esq.
                                                                        **Zeig Law Firm, LLC**
                                                                        3475 Sheridan St, Ste 310
                                                                        Hollywood, FL 33021
                                                                        justin@zeiglawfirm.com
                                                                        Tel. 754-217-3084

Fax 954-272-7807  
*Attorneys for Plaintiff*

### Certificate of Service

    I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 14$^h$ day of August 2024　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Justin Zeig*  
　　　　　　　　　　　　　　　　　　　　Justin Zeig, Esq.