UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------------------------x

Jason Spurlock

                    Plaintiff,

     -v.-

Equifax Information Services, LLC; and
Southeast Toyota Finance d/b/a World Omni Financial Corporation;

                    Defendants.

Civil Action No:
3:24-cv-368

------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, and Defendant, Equifax Information Services, LLC, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 25, 2025

| For Plaintiff Jason Spurlock | For Defendant Equifax Information Services, LLC, |
|---|---|
| */s/ Aleksandra Kravets*<br>Aleksandra Kravets<br>Aleksandra Kravets, Esq. P.A.<br>1100 Buchanan Street<br>Hollywood, FL 33019<br>ak@akesqpa.com | */s/ Jason Daniel Joffe*<br>Jason Daniel Joffe<br>Squire Patton Boggs LLP<br>200 S Biscayne Blvd suite 3400<br>Miami, FL 33131<br>Jason.joffe@squirepb.com |

## CERTIFICATE OF SERVICE

      I certify that on March 25, 2025 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Aleksandra Kravets*
                                                Aleksandra Kravets
                                                *Attorneys for Plaintiff*